818

## Ex parte William E. ROWLAND.
### No. 24875.

Court of Criminal Appeals of Texas.
June 21, 1950.

Bracewell & Wright, Huntsville, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Relator, by motion, seeks to withdraw his application for the writ of habeas corpus.

The motion is granted, and the writ of habeas corpus is dismissed without prejudice.

Opinion approved by the court.